# EXHIBIT B



# International service disruptions

## Iran

**11-8-24**

**Temporary Service Disruption**

The Postal Service™ has temporarily suspended acceptance of Priority Mail International (PMI), First-Class Mail International® (FCMI), and First-Class Package International Service (FCPIS) to Iran due to unavailability of transportation.



Copyright© 2024 United States Postal Service

What we do

Newsroom

Resources

Careers

⚠ Effective Nov. 29, international mail service to Canada is temporarily suspended, due to the strike of the Canadian Union of Postal Workers. Read more. ›

 **About**

Newsroom

**Service alerts**

# International service disruptions

## International Mail Service Suspensions

**Updated: Dec. 3, 2024**

The Postal Service™ is temporarily suspending international mail acceptance for certain destinations due to inadequate transportation options or service disruptions within the country. Customers: please refrain from mailing items addressed to the countries listed here, until further notice.

[Hide the suspensions]

### Suspensions

| | | |
|---|---|---|
| Afghanistan | Haiti | Russia |
| Belarus | Iran | Sudan |
| Bhutan** | Lebanon | Syria |
| Brunei | Mongolia | Turkmenistan |
| Canada | Niue* | Yemen |

These service disruptions affect Priority Mail Express International® (PMEI), Priority Mail International® (PMI), First-Class Mail International® (FCMI), First-Class Package International Service® (FCPIS®), International Priority Airmail® (IPA®), International Surface Air Lift® (ISAL®), and M-Bag® items.

*Niue's service disruption affects Priority Mail Express International® (PMEI)

**Bhutan's service disruption affects Priority Mail Express International® (PMEI), Priority Mail International® (PMI), First-Class Package International Service® (FCPIS®), International Priority Airmail® (IPA®), and M-Bag® items

Unless otherwise noted, service suspensions to a particular country do not affect delivery of military and diplomatic mail.

| | |
|---|---|
| **For already deposited items:** | Postal Service employees endorse them "Mail Service Suspended — Return to Sender" and then place them in the mail stream for return. |
| **For any returned item bearing a customs form:** | The Postal Service will, upon request, refund postage and fees on mail returned due to the suspension of service. |
| **For all other returned items not bearing a customs declarations form:** | The Postal Service will, upon request, refund postage and fees on mail returned due to the suspension of service. |

### Priority Mail Express International®

Effective October 25, 2021, due to airline travel restrictions and cancellations, the U.S. Postal Service has temporarily suspended the guarantee on Priority Mail Express International® to the following destinations:

| Suspension of Priority Mail Express International Guarantee | | |
|---|---|---|
| Canada | New Zealand | Switzerland |
| Great Britain | Singapore | |
| Israel | Sweden | |

These suspensions will be in effect until further notice. The Postal Service is taking all reasonable measures to minimize impact to our customers.

## Related links

[Canada Post strike](#)
[Money orders for select countries](#)
[Instructions for international shipments to Ireland](#)

Select one of the entries below to display disruption information for that location or event.

| Select | View |

**Sort by:**

| Name, ascending | Sort |



Copyright© 2024 United States Postal Service