USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/6/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |
|---|---|

This document relates to:
*Lum, et al. v. Islamic Republic of Iran*, No. 1:24-cv-07824 (GBD)(SN)

**NOTICE OF MOTION FOR ORDER AUTHORIZING SERVICE UPON DEFENDANT ISLAMIC REPUBLIC OF IRAN IN ACCORDANCE WITH 28 U.S.C. § 1608(a)(4)**

PLEASE TAKE NOTICE that upon the supporting Memorandum of Law and the Declaration of Jerry S. Goldman, Esq. ("Goldman Declaration") Plaintiffs in in the above-captioned matter, by and through their counsel, Anderson Kill P.C., respectfully move the Court for an ORDER:

(1) determining that, for the purposes of this action, service of upon Defendant Islamic Republic of Iran ("Iran") in accordance with 28 U.S.C. § 1608(a)(1) through (a)(3) is unavailable because there is no "special arrangement for service between" Plaintiffs and Iran; there is no "applicable international convention on service of judicial documents" between the United States and Iran; and there is no viable means for the Clerk of Court for the Southern District of New York to mail process to the head of the Ministry of Foreign Affairs of Iran, as mail service to Iran has been suspended;

(2) authorizing service of process upon Iran through diplomatic channels in accordance with 28 U.S.C. § 1608(a)(4) for sovereign defendants; and,

(3) granting to the Plaintiffs such other and further relief as this Honorable Court deems just and proper.

docs-100734306.2

Dated: New York, New York  
December 4, 2024

Respectfully submitted,

/s/ Jerry S. Goldman  
ANDERSON KILL P.C.  
Jerry S. Goldman, Esq.  
Bruce E. Strong, Esq.  
Alexander Greene, Esq.  
1251 Avenue of the Americas  
New York, NY 10020  
Tel: (212) 279-1000  
Fax: (212) 278-1733  
Email: jgoldman@andersonkill.com  
bstrong@andersonkill.com  
agreene@andersonkill.com  
*Attorneys for Plaintiffs*

---

Plaintiffs' request to serve process upon Iran through diplomatic channels in accordance with 28 U.S.C. § 1608(a)(4) is GRANTED.  
**SO ORDERED.**

_____  
SARAH NETBURN  
United States Magistrate Judge

Dated: December 6, 2024  
New York, New York

---

2

docs-100734306.2