UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kenneth Lum, et al.,<br><br>                                 Plaintiffs,<br>          v.<br><br>Islamic Republic of Iran,<br><br>                                 Defendant. | **CLERK'S CERTIFICATE OF MAILING**<br><br>Case No.: 1:24-cv-07824-GBD-SN |

      I hereby certify under the penalties of perjury that on the 24th day of January, 2025, I served defendant:

      Islamic Republic of Iran
      Minister of Foreign Affairs
      Ministry of Foreign Affairs of the Islamic Republic of Iran
      Iman Khomeini Avenue
      Tehran, Iran
      ATTN: ABBAS ARAGHCHI

by dispatching via Federal Express, Tracking No. 8182 8357 9849, to The Secretary of State, CA/OSC/PRI SA-29, 4th Floor, Washington, DC, 20520-1710, Attn: Director of Special Consular Services, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies (in English and Farsi) of the Summons; Iran Short Form Complaint and Demand for Trial by Jury dated October 15, 2024; Notice to Conform to Consolidated Amended Complaint dated October 28, 2023; Notice to Conform to Sudan Consolidated Amended Complaint or ASHTON Sudan Amended Complaint dated October 28, 2024; Civil Cover Sheet; Related Case Statement; Notice of suit prepared in accordance with 22 CPR§ 93.2 with a copy of 28 U.S.C. § 1330, l391(f), 1441(d), and 1602 -1611; Affidavit of Translator; and translations of the above-mentioned documents.

Dated: January 24, 2025
        New York, New York

                                                                      TAMMI M. HELLWIG
                                                                     CLERK OF COURT

                                                                     /s/Rachel Slusher
                                                                     Deputy Clerk