

**United States Department of State**

*Washington, D.C.   20520*

June 24, 2025

Tammi M. Hellwig
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Re: ***Kenneth Lum, et al. v. Islamic Republic of Iran,*** 1:24-cv-07824-UA

Dear Ms. Hellwig:

I am writing regarding the Court's request for transmittal of Summons, Iran Short Form Complaint and Demand for Trial by Jury, Notice to Conform to Consolidated Amended Complaint, Notice to Conform to Sudan Consolidated Amended Complaint or Ashton Sudan Amended Complaint,   Notice of Suit, Civil Cover Sheet, and Related Case Statement to the Islamic Republic of Iran pursuant to 28 U.S.C. Section 1608(a)(4) as a defendant in the above referenced lawsuit.

Because the United States does not maintain diplomatic relations with the Government of Iran, the Department of State is assisted by the Foreign Interests Section of the Embassy of Switzerland in Tehran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were delivered to the Iranian Ministry of Foreign Affairs under cover of diplomatic note No. 1032-IE, dated May 18, 2025, and delivered on May 19, 2025.  A certified copy of the diplomatic note is enclosed.[1]

Sincerely,

Jared N. Hess
Attorney Adviser
Office of the Legal Adviser
L/CA/POG/GC

---

[1] Please note that performance by the Department of State of its statutory functions under 28 U.S.C. § 1608 should not be construed as an indication in any way of the United States' position or views on whether plaintiffs have properly complied with all statutory requirements of the FSIA, the status or character of a defendant, whether service was properly effected, or the merits of any claims or defenses. *See*
https://travel.state.gov/content/travel/en/legal/travel-legal-considerations/internl-judicial-asst/Service-of-Process/Foreign-Sovereign-Immunities-Act.html.

Cc:    Jerry S. Goldman
        Anderson Kill P.C.
        7 Times Square, 15th Floor
        New York, NY 10036

## SPECIFIC AUTHENTICATION CERTIFICATE



onfederation of Switzerland          )
ern, Canton of Bern                     ) SS:
mbassy of the United States of America  )


Scott M. DRISKEL, a consular officer at the Embassy of the United States at Bern,
witzerland, certify that this is a true copy of Embassy note number 28502 dated March
7, 2025, which was transmitted to the Swiss Ministry of Foreign Affairs on March 19,
)25, for further transmission to the American Interests Section of the Swiss Embassy in
ehran, Iran.


_____
(Signature of Consular Officer)


_____Scott M. DRISKEL_____
(Typed name of Consular Officer)


Consul of the United States of America
(Title of Consular Officer)


June 10, 2025
(Date)



*Embassy of the United States of America*

March 17, 2025

CONS NO.     28502

Federal Department of Foreign Affairs
Foreign Interests Section
Kochergasse 10
Federal Palace North
Office #4.001
3003 Bern

Subject: JUDICIAL ASSISTANCE: Service of process under the Foreign Sovereign Immunities
Act (FSIA) – **Kenneth Lum, et al. v. Islamic Republic of Iran, 1:24-cv-07824-UA**

REF:    ----

The Department of State has requested the delivery of the enclosed Summons, Iran Short
Form Complaint and Demand for Trial by Jury, Notice to Conform to Consolidated Amended
Complaint, Notice to Conform to Sudan Consolidated Amended Complaint or Ashton Sudan
Amended Complaint,  Notice of Suit, Civil Cover Sheet, and Related Case Statement to the
Ministry of Foreign Affairs of the Islamic Republic of Iran pursuant to the Foreign Sovereign
Immunities Act in the matter Kenneth Lum, et al. v. Islamic Republic of Iran, 1:24-cv-07824-
UA.

The Embassy is herewith requesting the Swiss Ministry of Foreign Affairs to transmit the
documents to the American Interests Section of the Swiss Embassy in Tehran.  There is one
defendant to be served in this case: the Islamic Republic of Iran.  The American Interests
Section should transmit the Summons, Iran Short Form Complaint and Demand for Trial by
Jury, Notice to Conform to Consolidated Amended Complaint, Notice to Conform to Sudan
Consolidated Amended Complaint or Ashton Sudan Amended Complaint,  Notice of Suit,
Civil Cover Sheet, and Related Case Statement to the Iranian Ministry of Foreign Affairs
under cover of one diplomatic note utilizing the language provided in the enclosed
instructions.

Transmittal should be done in a manner which enables the Embassy to confirm delivery.
The American Interests Section should execute certifications of the diplomatic notes, which
will be forwarded by the Department of State to the requesting court in the United States.

Enclosed is one appropriate part of a message the Embassy received from the Department
of State as well two sets of documents for each defendant.

The Embassy would appreciate being informed of the date the American Interests Section of the Swiss Embassy in Tehran receives the documents as well as the date the Interests Section forwards the documents to the Iranian authorities.

SPP's assistance is much appreciated.



**BEGIN TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT Islamic Republic of Iran:**

The Embassy of Switzerland, Foreign Interests Section in Tehran refers the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit ***Kenneth Lum, et al. v. Islamic Republic of Iran***, **1:24-cv-07824-UA**, which is pending in the U.S. District Court for the Southern District of New York. The Islamic Republic of Iran is a defendant in this case. The Foreign Interests Section transmits a Summons, Iran Short Form Complaint and Demand for Trial by Jury (hereinafter "Complaint"), Notice to Conform to Consolidated Amended Complaint, Notice to Conform to Sudan Consolidated Amended Complaint or Ashton Sudan Amended Complaint, Civil Cover Sheet, and Related Case Statement herewith. The U.S. District Court for the Southern District of New York has requested service of these documents. This note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4).

Under applicable U.S. law a defendant in a lawsuit must file an answer to the Complaint or some other responsive pleading within 60 days of the date of transmittal of the Complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Foreign Interests Section requests that the enclosed Summons and Complaint be forwarded to the appropriate authority of the Islamic Republic of Iran with a view towards taking whatever steps are necessary to avoid a default judgment.

In addition to the Summons, Complaint, Notice to Conform to Consolidated Amended Complaint, Notice to Conform to Sudan Consolidated Amended Complaint or Ashton Sudan Amended Complaint, Civil Cover Sheet, and Related Case Statement, the Foreign Interests Section is enclosing a Notice of Suit, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States.

The Foreign Interests Section has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. It is the practice of the U.S. Department of State to be available to

discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

Attachments:

1. Summons, Iran Short Form Complaint and Demand for Trial by Jury, Notice to Conform to Consolidated Amended Complaint, Notice to Conform to Sudan Consolidated Amended Complaint or Ashton Sudan Amended Complaint, Notice of Suit, Civil Cover Sheet, and Related·Case Statement.

2. Translations

**END TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT Islamic Republic of Iran**

## SPECIFIC AUTHENTICATION CERTIFICATE



Confederation of Switzerland        )
Bern, Canton of Bern                ) SS:
Embassy of the United States of America )


...ify that the annexed document bears the genuine seal of the Swiss Federal
...rtment of Foreign Affairs.

...tify under penalty of perjury under the laws of the United States that the foregoing
...ue and correct.


_____
(Signature of Consular Officer)


Scott M. DRISKEL
(Typed name of Consular Officer)


Consul of the United States of America
(Title of Consular Officer)


June 10, 2025
(Date)



Schweizerische Eidgenossenschaft
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

**Federal Department of Foreign Affairs FDFA**

K. 346-01-02-01-USA/IRAN

The Federal Department of Foreign Affairs presents its compliments to the Embassy of the United States of America and refers to Cons Note No. 28502 dated March 17, 2025, regarding judicial assistance and has the honor to convey following documents of the U.S. Interests Section of the Embassy of Switzerland in Tehran:

Judicial Assistance:

**-Kenneth Lum, et al. v. Islamic Republic of Iran, 1:24-cv-07824-UA**
Note 1032-IE, addressed to the Islamic Republic of Iran

dated May 18, 2025, and proof of service, dated May 19, 2025, as well as the certification by the Swiss Federal Chancellery dated May 27, 2025.

The section has received the above-mentioned documents on May 5, 2025. It has transmitted these to the Iranian Ministry of Foreign Affairs together with its diplomatic note on May 19, 2025. The reception of the mentioned documents was refused the same day by the Iranian Ministry of Foreign Affairs.

The Federal Department of Foreign Affairs avails itself of this opportunity to renew to the Embassy of United States of America the assurances of its highest consideration.

Berne, May 27, 2025



_Enclosure(s) mentioned_

To the
Embassy of the
United States of America

Berne

## SPECIFIC AUTHENTICATION CERTIFICATE

nfederation of Switzerland              )
rn, Canton of Bern                      ) SS:
bassy of the United States of America  )



rtify that the annexed document is executed by the genuine signature and seal of the owing named official who, in an official capacity, is empowered by the laws of itzerland to execute that document.

rtify under penalty of perjury under the laws of the United States that the foregoing rue and correct.

_____
Alessandra MANOIERO
(Typed name of Official who executed the annexed document)

_____
(Signature of Consular Officer)

_____
Scott M. DRISKEL
(Typed name of Consular Officer)

_____
Consul of the United States of America
(Title of Consular Officer)

_____
June 10, 2025
(Date)



Schweizerische Eidgenossenschaft
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

Embassy of Switzerland in Iran
**Foreign Interests Section**

No. 1032-IE

The Embassy of Switzerland, Foreign Interests Section in Tehran, presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran, and has the honor to refer the Ministry to the lawsuit ***Kenneth Lum, et al. v. Islamic Republic of Iran*, 1:24-cv-07824-UA**, which is pending in the United States District Court for the Southern District of New York. The Islamic Republic of Iran is a defendant in this case. The Embassy transmits a Summons, Iran Short Form Complaint and Demand for Trial by Jury (hereinafter "Complaint"), Notice to Conform to Consolidated Amended Complaint, Notice to Conform to Sudan Consolidated Amended Complaint or Ashton Sudan Amended Complaint, Civil Cover Sheet, and Related Case Statement herewith. The U.S. District Court for the Southern District of New York has requested service of these documents. This note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4).

Under applicable U.S. law, a defendant in a lawsuit must file an answer to the Complaint or some other responsive pleading within 60 days of the date of transmittal of the Complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Embassy requests that the enclosed Summons and Complaint be forwarded to the appropriate authority of the Islamic Republic of Iran with a view towards taking whatever steps are necessary to avoid a default judgment.

In addition to the Summons, Complaint, Notice to Conform to Consolidated Amended Complaint, Notice to Conform to Sudan Consolidated Amended Complaint or Ashton Sudan Amended Complaint, Civil Cover Sheet, and Related Case Statement, the Embassy is enclosing a Notice of Suit, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States.

The Embassy has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Tehran – May 18, 2025



Attachments:
1. Summons, Iran Short Form Complaint and Demand for Trial by Jury, Notice to Conform to Consolidated Amended Complaint, Notice to Conform to Sudan Consolidated Amended Complaint or Ashton Sudan Amended Complaint, Notice of Suit, Civil Cover Sheet, and Related Case Statement
2. Translations

**Ministry of Foreign Affairs**
**Islamic Republic of Iran**
**Department of American Affairs**
**Tehran**

I, Dominique Baeriswyl, Head of the Foreign Interests Section of the Embassy of Switzerland in Iran, certify herewith that this is a true copy of Diplomatic Note No. 1032-IE, dated May 18, 2025. The delivery of this note and its enclosures was attempted on May 19, 2025, but the Iranian Ministry of Foreign Affairs refused its acceptance.



Dominique Baeriswyl
Head of the Foreign Interests Section

Tehran – May 19, 2025

---

**APOSTILLE**
(Convention de la Haye du 5 octobre 1961)

1. Country: SWISS CONFEDERATION

   This public document

2. has been signed by    Dominique Baeriswyl

3. acting in the capacity of Head of the Foreign Interests Section

4. bears the seal/stamp of

   Embassy of Switzerland US Interests Section Tehran

   Certified

5. at Berne          6.    the 27.05.2025



7. by Alessandra Manoiero
   functionary of the Swiss federal Chancellery

8. No    013177

9. Seal/stamp:              10. Signature:

   

   Swiss federal Chancellery

ترجمه غیر رسمی

سفارت سوئیس

**قسمت حافظ منافع خارجی**

شماره IE–1032

سفارت سوئیس، قسمت حافظ منافع خارجی در تهران، ضمن اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران، احتراماً توجه آن وزارتخانه محترم را به دعوای حقوقی تحت عنوان **کلث لوم و سایرین علیه جمهوری اسلامی ایران، تحت پرونده مدنی شماره 07824-UA-cv-1:24** که در دادگاه منطقه ای ایالات متحده برای ناحیه جنوب نیو یورک مفتوح میباشد، جلب می نماید. جمهوری اسلامی ایران طرف دعوا خوانده در این پرونده می باشد. سفارت سوئیس بنا به درخواست دادگاه منطقه ای ایالات متحده برای ناحیه جنوب نیو یورک، یک فقره احضاریه، فرم کوتاه شکایت از ایران و تقاضای برگزاری محاکمه همراه با هیئت منصفه (که از این پس «شکایت» نامیده می شود)، اطلاعیه برای مطابقت با شکایت اصلاح شده تلفیقی، اطلاعیه برای انطباق به شکایت اصلاح شده تلفیقی سودان یا شکایت اشتون سودان، برگه جلد دادخواست مدنی و اظهارات پرونده های مرتبط را افاد می دارد. برابر مقررات فصل 28 بخش 1608 بند (الف)(4) مجموعه قوانین ایالات متحده، این یادداشت به منزله ابلاغ مدارک مذکور به دولت جمهوری اسلامی ایران تلقی می گردد

طبق قوانین قابل اجرا ایالات متحده، خوانده یک پرونده می بایست ظرف ۶۰ روز از تاریخ ابلاغ شکایت، در این مورد تاریخ یادداشت، پاسخی به شکایت یا دیگر پاسخی دفاعی در پرونده بگذارد. در غیر اینصورت، ممکن است حکمی بر ضد خوانده صادر گردد بدون آنکه خوانده فرصت ارائه شواهد و دفائیه از طرف خود را داشته باشد. لذا، سفارت در خواست می نماید که احضاریه و شکایت ضمیمه، با این دید که اقدامات لازم در جهت جلوگیری از حکم قصور انجام شود، برای مقامات مربوطه ایرانی ارسال گردد

سفارت علاوه بر احضاریه، فرم کوتاه شکایت از ایران و تقاضای برگزاری محاکمه همراه با هیئت منصفه (که از این پس «شکایت» نامیده می شود)، اطلاعیه برای مطابقت با شکایت اصلاح شده تلفیقی، اطلاعیه برای انطباق به شکایت اصلاح شده تلفیقی سودان با شکایت اشتون سودان، برگه جلد دادخواست مدنی و اظهارات پرونده های مرتبط ابلاغیه اقامه دعوی که توسط شاکی دائر بر خلاصه ماهیت پرونده و مشتمل بر روشنی از مجموعه قوانین ایالات متحده در خصوص دادخواست علیه دولتهای خارجی تهیه شده است، را به پیوست افاد می دارد

سفارت بدینوسیله اشعار می دارد که بموجب قوانین ایالات متحده امریکا، هر گونه دفاع مربوط به قلمرو قضائی و اداری و یا دفاع دیگری، از جمله عنوان نمون مصونیت دولت ها، باید در مقابل دادگاهی مصورت گیرد که موضوع در آن مفتوح می باشد. از این رو مشورت با یک مشاور حقوقی در ایالات متحده امریکا توصیه می گردد. وزارت امور خارجه ایالات متحده امریکا آماده گفتگو با مشاور در مورد قوانین مربوطه میباشد. دولت ایالات متحده امریکا با طرفین این پرونده نبوده و نمایند هیچ یک از طرفین نخواهد بود.

سفارت سوئیس، قسمت حافظ منافع خارجی، موقع را معتنم شمرده مراتب احترامات فائقه خود نسبت به وزارت امور خارجه جمهوری اسلامی ایران را تجدید می نماید

تهران – بتاریخ بیست و هشتم اردیبهشت ماه ۱۴۰۴ (۱۸ می ۲۰۲۵)

پیوست: ۱- احضاریه، فرم کوتاه شکایت از ایران و تقاضای برگزاری محاکمه همراه با هیئت منصفه، اطلاعیه برای مطابقت با شکایت اصلاح شده تلفیقی، اطلاعیه برای انطباق به شکایت اصلاح شده تلفیقی سودان یا شکایت اشتون سودان، ابلاغیه اقامه دعوی، برگه جلد دادخواست مدنی و اظهارات پرونده های مرتبط
۲- ترجمه ها

اداره امور امریکا
وزارت امور خارجه
جمهوری اسلامی ایران
تهران